UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JORGE TRUJILLO,<br><br>　　　　　　　Plaintiff<br><br>　v.<br><br>H. LANDSMAN et al.,<br><br>　　　　　　　Defendants | Case No.  2:20-cv-01643-GMN-VCF<br><br>ORDER |

**I.　　DISCUSSION**

Plaintiff has filed an objection to the Court's screening order (ECF No. 6) and a motion to exclude case from mediation (ECF No. 7).

The Court interprets Plaintiff's objection as a motion for reconsideration. Although difficult to decipher, it appears that Plaintiff's motion for reconsideration is based on this Court's dismissal without prejudice against Defendant Hutchings. (ECF No. 6 at 2). The Court dismissed Defendant Hutchings without prejudice because there were no allegations against him in the complaint. (ECF No. 4 at 6).

A motion to reconsider must set forth "some valid reason why the court should reconsider its prior decision" and set "forth facts or law of a strongly convincing nature to persuade the court to reverse its prior decision." *Frasure v. United States*, 256 F.Supp.2d 1180, 1183 (D. Nev. 2003). Reconsideration is appropriate if this Court "(1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." *Sch. Dist. No. 1J v. Acands, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993). "A motion for reconsideration is not an avenue to re-litigate the same issues and arguments upon which the court already has ruled." *Brown v. Kinross Gold, U.S.A.*, 378 F.Supp.2d 1280, 1288 (D. Nev. 2005).

The Court denies Plaintiff's motion for reconsideration (ECF No. 6). The Court has reviewed Plaintiff's complaint (ECF No. 5) and once again finds no allegations against

Defendant Hutchings. As such, the Court did not commit clear error and the initial decision was not manifestly unjust.

Additionally, the Court denies Plaintiff's motion to exclude the case from mediation (ECF No. 7).

## II.   CONCLUSION

It is ordered that the objection (ECF No. 6) is construed as a motion for reconsideration and denied.

It is further ordered that the motion to exclude case from mediation (ECF No. 7) is denied.

DATED THIS ___9___ day of August 2021.

_____
Gloria M. Navarro, Judge
United States District Court