**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| JORGE TRUJILLO,<br><br>             Plaintiff(s),<br><br>v.<br><br>H. LANDSMAN, et al.,<br><br>             Defendant(s). | 2:20-cv-01643-GMN-VCF<br><br>**ORDER** |

   Before the Court is the Motion to Vacate the September 17, 2021, Early Mediation Conference (ECF No. 16).  The defendants have shown good cause to vacate the Early Mediation Conference.

   Accordingly,

   IT IS HEREBY ORDERED that the Motion to Vacate the September 17, 2021, Early Mediation Conference (ECF No. 16) is GRANTED.  The IEM scheduled for September 17, 2021 is VACATED.

   DATED this 16th day of September, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE